# EXHIBIT 1

3/20/2018 SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Investors in X…

Case 1:18-cv-00467-RA Document 4-1 Filed 03/20/18 Page 2 of 3



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Investors in Xunlei Limited and Set a Lead Plaintiff Deadline of March 20, 2018 -- XNET

*January 19, 2018 12:03 ET* | **Source:** Levi & Korsinsky, LLP

NEW YORK, Jan. 19, 2018 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired ADSs of Xunlei Limited** (NASDAQGS:XNET) **between October 10, 2017 and January 11, 2018**. **You are hereby notified** that Levi & Korsinsky has commenced the class action *Dookeran v. Xunlei Limited, et al.* (Case No. 1:18-cv-00467) in the USDC for the Southern District of New York. Click here to view the complaint. To get more information **go to**:

http://www.zlk.com/pslra-cm/xunlei-limited?wire=3

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

On October 12, 2017, Xunlei introduced its blockchain-based product "OneCoin" to the market. The Company's customers could then receive OneCoin for contributing their bandwidth and purchase Xunlei's products, goods and services using OneCoin.

The complaint alleges that throughout the Class Period defendants made false and/or misleading statements and/or failed to disclose that: (1) Xunlei had engaged in unlawful financial activity; (2) OneCoin was a form of disguised Initial Coin Offering; (3) Xunlei was engaged in the promotion of an Initial Miner Offering; and (4) as a result of the foregoing, Defendants' statements about Xunlei's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

3/20/2018 SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Investors in X…

Case 1:18-cv-00467-RAC Document 4-1 Filed 03/20/18 Page 3 of 3

**If you suffered a loss in Xunlei you have until March 20, 2018** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2018 GlobeNewswire, Inc. All Rights Reserved.