# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xunlei Loss Chart | | | | | | | | | | | | 13.92199 |
| Class Period: October 10, 2017 and January 11, 2018 | | | | | | | | | | | | |
| Dunphy, Noelle | 12/18/2017 | 3,000 | ($44.13) | ($132,390.00) | 12/29/2017 | 1,000 | $28.36 | $28,360.00 | 2,000 | $27,843.98 | ($76,186.02) | |
| | | | | | | | | | | | | |
| Jiang, Yuejun | 11/21/2017 | 500 | ($22.26) | ($11,131.20) | 1/2/2018 | 310 | $16.49 | $5,111.93 | | | | |
| | 11/21/2017 | 10 | ($22.37) | ($223.70) | 1/3/2018 | 2,500 | $16.36 | $40,900.25 | | | | |
| | 11/21/2017 | 100 | ($22.80) | ($2,279.99) | 1/3/2018 | 2,000 | $16.56 | $33,121.00 | | | | |
| | 11/21/2017 | 200 | ($22.83) | ($4,565.96) | 1/3/2018 | 2,000 | $19.38 | $38,760.20 | | | | |
| | 11/21/2017 | 1,500 | ($22.24) | ($33,359.85) | 1/3/2018 | 2,000 | $19.39 | $38,780.20 | | | | |
| | 11/21/2017 | 200 | ($22.33) | ($4,466.00) | 1/9/2018 | 1,000 | $20.81 | $20,810.00 | | | | |
| | 11/21/2017 | 300 | ($22.40) | ($6,720.00) | 1/9/2018 | 2,000 | $20.25 | $40,500.20 | | | | |
| | 1/3/2018 | 3,000 | ($16.07) | ($48,204.90) | 1/9/2018 | 1,000 | $20.39 | $20,390.00 | | | | |
| | 1/3/2018 | 5,000 | ($16.03) | ($80,155.50) | | | | | | | | |
| | 1/5/2018 | 2,000 | ($18.78) | ($37,562.00) | | | | | | | | |
| | 1/5/2018 | 1,000 | ($18.89) | ($18,889.90) | | | | | | | | |
| | 1/5/2018 | 2,000 | ($18.84) | ($37,670.60) | | | | | | | | |
| | 1/10/2018 | 1,000 | ($22.58) | ($22,579.50) | | | | | | | | |
| | 1/10/2018 | 800 | ($22.86) | ($18,288.00) | | | | | | | | |
| | 1/10/2018 | 1,000 | ($23.09) | ($23,090.10) | | | | | | | | |
| | 1/10/2018 | 500 | ($22.42) | ($11,209.50) | | | | | | | | |
| | 1/10/2018 | 1,000 | ($23.24) | ($23,239.90) | | | | | | | | |
| | | 20,110 | | ($383,636.60) | | 12,810 | | $238,373.78 | 7,300 | $101,630.54 | ($43,632.28) | |
| | | | | | | | | | | | | |
| Total | | 23,110 | | ($516,026.60) | | 13,810 | | $266,733.78 | 9,300 | $129,474.52 | ($119,818.30) | |