UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br> v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>         Defendants. | No.: 1:18-cv-00467<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF TONGYAN WANG AND YUYAN JIA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |
| PENG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br> v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU AND TAO THOMAS WU,<br><br>         Defendants. | No.: 1:18-cv-00646 |

I, Jeremy A. Lieberman, hereby declare as follows:

  1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Tongyan Wang and Yuyan Jia (together, "Wang and Jia") and have personal knowledge of the facts set forth herein. I make this Declaration in support of Wang and Jia's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiffs for the Class, and approval of Wang and Jia's selection of Pomerantz as Lead Counsel for the Class.

  2.  Attached hereto as the exhibits indicated are copies of the following:

  Exhibit A:  Press release published over *Globe Newswire* on January 19, 2018, announcing the pendency of the first of the above-captioned related actions to be filed;

  Exhibit B:  Shareholder Certifications executed by Wang and Jia, with Class Period transaction histories in Xunlei Limited securities appended;

  Exhibit C:  Loss Chart of Wang and Jia;

Exhibit D:   Joint Declaration of Wang and Jia; and

Exhibit E:   Firm resume of Pomerantz;

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 20, 2018, at New York, New York.

<u>/s/ Jeremy A. Lieberman</u><br>
Jeremy A. Lieberman