# EXHIBIT C

**XUNLEI LIMITED (XNET)**
**CLASS PERIOD: OCT 10 2017 to JAN 11 2018**
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 67-Day* Mean Price $14.0746 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tongyan Wang | 11/27/2017 | 2,000 | $23.0000 | ($46,000) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 3,000 | $22.9400 | ($68,820) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,000 | $22.9153 | ($45,831) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,000 | $22.7562 | ($45,512) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,000 | $23.0000 | ($46,000) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 200 | $23.0900 | ($4,618) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,300 | $23.3500 | ($53,705) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,000 | $23.4600 | ($46,920) | | | | | | | |
| Tongyan Wang | 11/27/2017 | 2,000 | $23.5046 | ($47,009) | | | | | | | |
| **Tongyan Wang** | | **17,500** | | **($404,415)** | | | | | **17,500** | **$246,306** | **($158,109)** |
| Yuyan Jia | 11/2/2017 | 5,000 | $11.3998 | ($56,999) | 12/4/2017 | (3,000) | $16.5637 | $49,691 | | | |
| Yuyan Jia | 11/2/2017 | 2,000 | $11.4299 | ($22,860) | 12/12/2017 | (2,000) | $16.3320 | $32,664 | | | |
| Yuyan Jia | 11/2/2017 | 2,000 | $11.2100 | ($22,420) | 12/12/2017 | (3,000) | $16.4527 | $49,358 | | | |
| Yuyan Jia | 11/7/2017 | 3,000 | $8.6682 | ($26,005) | 12/15/2017 | (5,000) | $16.7116 | $83,558 | | | |
| Yuyan Jia | 11/17/2017 | 3,000 | $16.3580 | ($49,074) | 12/15/2017 | (10,000) | $16.6072 | $166,072 | | | |
| Yuyan Jia | 11/20/2017 | 2,000 | $18.6275 | ($37,255) | 12/15/2017 | (10,000) | $16.2521 | $162,521 | | | |
| Yuyan Jia | 11/21/2017 | 5,000 | $22.8326 | ($114,163) | 12/19/2017 | (5,000) | $13.3463 | $66,732 | | | |
| Yuyan Jia | 11/21/2017 | 4,000 | $23.1662 | ($92,665) | 12/19/2017 | (5,000) | $14.0027 | $70,014 | | | |
| Yuyan Jia | 11/21/2017 | 3,000 | $23.4377 | ($70,313) | 12/19/2017 | (5,000) | $13.5610 | $67,805 | | | |
| Yuyan Jia | 11/21/2017 | 1,000 | $20.0000 | ($20,000) | 12/20/2017 | (1,319) | $13.1000 | $17,279 | | | |
| Yuyan Jia | 11/22/2017 | 2,000 | $21.2940 | ($42,588) | 12/20/2017 | (1,681) | $13.0702 | $21,971 | | | |
| Yuyan Jia | 11/22/2017 | 2,000 | $19.6000 | ($39,200) | 1/5/2018 | (5,000) | $18.8506 | $94,253 | | | |
| Yuyan Jia | 11/22/2017 | 1,000 | $20.1180 | ($20,118) | 1/18/2018 | (1,000) | $16.7400 | $16,740 | | | |
| Yuyan Jia | 11/22/2017 | 1,000 | $20.1751 | ($20,175) | 1/18/2018 | (2,000) | $16.5610 | $33,122 | | | |
| Yuyan Jia | 11/22/2017 | 1,000 | $20.9951 | ($20,995) | 1/18/2018 | (3,000) | $16.6007 | $49,802 | | | |
| Yuyan Jia | 11/24/2017 | 2,000 | $26.6599 | ($53,320) | 1/22/2018 | (2,000) | $15.6323 | $31,265 | | | |
| Yuyan Jia | 11/27/2017 | 4,000 | $23.5371 | ($94,148) | 1/22/2018 | (2,000) | $15.6607 | $31,321 | | | |
| Yuyan Jia | 11/27/2017 | 3,000 | $23.1403 | ($69,421) | 1/22/2018 | (2,000) | $15.6500 | $31,300 | | | |
| Yuyan Jia | 11/27/2017 | 2,000 | $22.9731 | ($45,946) | 1/23/2018 | (3,000) | $15.9871 | $47,961 | | | |
| Yuyan Jia | 11/27/2017 | 1,800 | $23.4360 | ($42,185) | 1/24/2018 | (1,500) | $15.9150 | $23,873 | | | |
| Yuyan Jia | 11/27/2017 | 1,000 | $22.4240 | ($22,424) | 1/25/2018 | (2,500) | $15.9511 | $39,878 | | | |
| Yuyan Jia | 11/28/2017 | 2,000 | $16.8000 | ($33,600) | 1/31/2018 | (1,500) | $15.8031 | $23,705 | | | |
| Yuyan Jia | 11/28/2017 | 2,000 | $17.5560 | ($35,112) | 2/8/2018 | (1,200) | $14.8895 | $17,867 | | | |
| Yuyan Jia | 11/28/2017 | 2,000 | $17.8500 | ($35,700) | | | | | | | |
| Yuyan Jia | 11/29/2017 | 5,000 | $14.8000 | ($74,000) | | | | | | | |
| Yuyan Jia | 11/29/2017 | 3,000 | $15.7500 | ($47,250) | | | | | | | |
| Yuyan Jia | 11/30/2017 | 5,000 | $13.4776 | ($67,388) | | | | | | | |
| Yuyan Jia | 11/30/2017 | 2,000 | $14.5291 | ($29,058) | | | | | | | |
| Yuyan Jia | 11/30/2017 | 1,200 | $14.3773 | ($17,253) | | | | | | | |
| Yuyan Jia | 12/4/2017 | 3,000 | $18.3600 | ($55,080) | | | | | | | |
| Yuyan Jia | 12/6/2017 | 2,000 | $12.9199 | ($25,840) | | | | | | | |
| **Yuyan Jia** | | **78,000** | | **($1,402,554)** | | **(77,700)** | | **$1,228,751** | **78,000** | **$4,222** | **($169,581)** |

Summary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tongyan Wang | | 17,500 | | ($404,415) | | 0 | | $0 | 17,500 | | ($158,109) |
| Yuyan Jia | | 78,000 | | ($1,402,554) | | (77,700) | | $1,228,751 | 78,000 | | ($169,581) |
| **Total** | | **95,500** | | **($1,806,969)** | | **(77,700)** | | **$1,228,751** | **95,500** | | **($327,690)** |

*Avg Closing Prices from Jan 12 to Mar 19