# EXHIBIT D

## JOINT DECLARATION IN SUPPORT OF MOTION OF TONGYAN WANG AND YUYAN JIA FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  We, Tongyan Wang and Yuyan Jia, respectfully submit this Joint Declaration in support of our motion for consolidation of related actions, appointment as Lead Plaintiffs and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Xunlei Limited ("Xunlei" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.  We are a married couple. We reside in Beijing, China. We have been investing in the securities markets for approximately 25 years.

3.  We believe that the securities class action against Xunlei is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. Prior to filing our Lead Plaintiff motion, we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter, and that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. Prior to filing our Lead Plaintiff motion, Mr. Wang discussed these issues via telephone with a member of Pomerantz LLP ("Pomerantz"), our choice of Lead Counsel in this action, and authorized Pomerantz to file a motion for appointment as Lead Plaintiff on our behalf.

4.  We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of

1

handling this type of complex litigation. In this case, we selected Pomerantz to serve as Lead Counsel. Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, we believe that the firm is well-qualified to represent the Class.

5. Pomerantz been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

DocuSign Envelope ID: 62D2CCE1-B8CF-4BF6-952E-3D87FBB040DA

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this   2018/3/19   day of March, 2018.

*Tongyan Wang*
—77BF19E95EB847E...

Tongyan Wang

3

DocuSign Envelope ID: 62D2CCE1-B8CF-4BF6-952E-3D87FBB040DA

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 2018/3/19 ___ day of March, 2018.

DocuSigned by:

*Yuyan Jia*

77BF19E95EB847E...

Yuyan Jia