UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>                Defendants. | Case No. 1:18-cv-00467-RJS |
| PENG LI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>                Defendants. | Case No. 1:18-cv-00646-RJS |

**MOTION OF HESONG SUN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF <u>COUNSEL</u>**

Proposed lead plaintiff Hesong Sun ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of the law firm Levi & Korsinsky, LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Movant submits herewith a Memorandum of Law and the Declaration of Adam M. Apton, dated March 20, 2018.

Dated:  March 20, 2018

Respectfully submitted,

LEVI & KORSINSKY, LLP

<u>/s/ Adam M. Apton</u>
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Counsel for Movant-Proposed Lead Plaintiff Hesong Sun*