# EXHIBIT B

**Hesong Sun**
**Transactions in Xunlei Limited, (XNET) American Depositary Shares**
**Class Period: October 10, 2017 and January 11, 2018, inclusive**

| | | | |
|---|---|---|---|
| Net Shares Retained | | | 7,610 |
| Total Retained Cost | $ | | 322,313.03 |
| Value of Retained Shares | $ | | 105,843.77 |
| 90-Day Average | $ | | 13.91 |
| Losses | $ | | 216,469.26 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---:|---:|---:|
| 11/6/2017 | B | 1,000 | 8.4752 | 8,475.20 |
| 11/6/2017 | B | 3,000 | 8.6947 | 26,084.10 |
| 11/7/2017 | S | (4,000) | 9.0000 | (36,000.00) |
| 11/17/2017 | B | 2,000 | 15.0000 | 30,000.00 |
| 11/17/2017 | B | 1,000 | 14.5000 | 14,500.00 |
| 11/17/2017 | S | (3,000) | 15.2720 | (45,816.00) |
| 11/22/2017 | B | 100 | 20.7082 | 2,070.82 |
| 11/22/2017 | B | 100 | 20.7087 | 2,070.87 |
| 11/22/2017 | B | 100 | 20.7187 | 2,071.87 |
| 11/22/2017 | B | 100 | 20.7082 | 2,070.82 |
| 11/22/2017 | B | 100 | 20.7187 | 2,071.87 |
| 11/22/2017 | B | 100 | 20.7087 | 2,070.87 |
| 11/22/2017 | B | 100 | 20.7137 | 2,071.37 |
| 11/22/2017 | B | 100 | 20.7107 | 2,071.07 |
| 11/22/2017 | B | 300 | 20.7082 | 6,212.46 |
| 11/22/2017 | B | 700 | 20.7187 | 14,503.09 |
| 11/22/2017 | B | 100 | 20.7690 | 2,076.90 |
| 11/22/2017 | B | 100 | 20.7286 | 2,072.86 |
| 11/22/2017 | B | 1,100 | 20.7287 | 22,801.57 |
| 11/22/2017 | B | 1,000 | 20.7600 | 20,760.00 |
| 11/22/2017 | B | 900 | 20.8674 | 18,780.66 |
| 11/22/2017 | B | 5,000 | 19.9000 | 99,500.00 |
| 11/22/2017 | S | (6,500) | 24.0000 | (156,000.00) |
| 11/22/2017 | S | (100) | 24.0100 | (2,401.00) |
| 11/22/2017 | S | (1,200) | 24.0001 | (28,800.12) |
| 11/22/2017 | S | (100) | 24.0000 | (2,400.00) |
| 11/22/2017 | S | (300) | 24.0100 | (7,203.00) |
| 11/22/2017 | S | (200) | 24.0200 | (4,804.00) |
| 11/22/2017 | S | (600) | 24.0100 | (14,406.00) |
| 11/22/2017 | S | (200) | 24.0200 | (4,804.00) |
| 11/22/2017 | S | (200) | 24.0100 | (4,802.00) |
| 11/22/2017 | S | (600) | 24.0200 | (14,412.00) |
| 11/24/2017 | B | 5,000 | 25.0000 | 125,000.00 |
| 11/24/2017 | B | 2,500 | 24.2899 | 60,724.75 |
| 11/24/2017 | B | 5,000 | 24.0000 | 120,000.00 |
| 11/27/2017 | B | 2,500 | 22.3500 | 55,875.00 |
| 11/27/2017 | B | 2,495 | 21.8000 | 54,391.00 |
| 11/27/2017 | B | 5 | 21.7999 | 109.00 |
| 11/28/2017 | B | 100 | 17.4300 | 1,743.00 |
| 11/28/2017 | B | 100 | 17.4400 | 1,744.00 |
| 11/28/2017 | B | 425 | 17.4500 | 7,416.25 |
| 11/28/2017 | B | 100 | 17.4600 | 1,746.00 |
| 11/28/2017 | B | 475 | 17.4700 | 8,298.25 |
| 11/28/2017 | B | 400 | 17.4800 | 6,992.00 |
| 11/28/2017 | B | 25 | 17.4700 | 436.75 |
| 11/28/2017 | B | 75 | 17.4800 | 1,311.00 |
| 11/28/2017 | B | 1,000 | 17.4480 | 17,448.00 |
| 11/28/2017 | B | 100 | 17.4600 | 1,746.00 |
| 11/28/2017 | B | 200 | 17.4700 | 3,494.00 |
| 11/28/2017 | B | 100 | 17.4600 | 1,746.00 |
| 11/28/2017 | B | 100 | 17.4700 | 1,747.00 |
| 11/28/2017 | B | 6,800 | 17.4400 | 118,592.00 |
| 11/28/2017 | B | 2,500 | 17.0000 | 42,500.00 |
| 11/28/2017 | S | (20,000) | 16.7000 | (334,000.00) |
| 11/29/2017 | B | 2,500 | 17.5000 | 43,750.00 |
| 11/29/2017 | B | 2,500 | 16.5000 | 41,250.00 |
| 11/29/2017 | B | 2,500 | 16.5000 | 41,250.00 |
| 11/29/2017 | B | 2,500 | 16.5000 | 41,250.00 |
| 11/29/2017 | B | 10,000 | 14.0000 | 140,000.00 |
| 11/29/2017 | S | (100) | 12.8000 | (1,280.00) |
| 11/29/2017 | S | (70) | 12.8000 | (896.00) |
| 11/29/2017 | S | (2,000) | 12.8000 | (25,600.00) |
| 11/29/2017 | S | (4,376) | 12.8000 | (56,012.80) |
| 11/29/2017 | S | (2,455) | 12.8000 | (31,424.00) |
| 11/29/2017 | S | (2,000) | 12.8000 | (25,600.00) |

| Date | Type | Shares | Price | Amount |
|---|---|---:|---:|---:|
| 11/29/2017 | S | (748) | 12.8000 | (9,574.40) |
| 11/29/2017 | S | (7,342) | 12.8000 | (93,977.60) |
| 11/29/2017 | S | (2,168) | 12.8000 | (27,750.40) |
| 11/29/2017 | S | (2,010) | 12.8000 | (25,728.00) |
| 11/29/2017 | S | (400) | 12.8000 | (5,120.00) |
| 11/29/2017 | S | (1,331) | 12.8000 | (17,036.80) |
| 11/30/2017 | S | (300) | 11.8900 | (3,567.00) |
| 11/30/2017 | S | (4,700) | 11.8910 | (55,887.70) |
| 11/30/2017 | B | 1,000 | 14.0700 | 14,070.00 |
| 11/30/2017 | B | 600 | 14.0900 | 8,454.00 |
| 11/30/2017 | B | 100 | 14.1000 | 1,410.00 |
| 11/30/2017 | B | 100 | 14.0900 | 1,409.00 |
| 11/30/2017 | B | 400 | 14.1000 | 5,640.00 |
| 11/30/2017 | B | 700 | 14.1100 | 9,877.00 |
| 11/30/2017 | B | 100 | 14.1000 | 1,410.00 |
| 11/30/2017 | B | 800 | 14.1100 | 11,288.00 |
| 11/30/2017 | B | 900 | 14.1000 | 12,690.00 |
| 11/30/2017 | B | 200 | 14.1100 | 2,822.00 |
| 11/30/2017 | B | 100 | 14.1200 | 1,412.00 |
| 11/30/2017 | B | 1,500 | 14.1100 | 21,165.00 |
| 11/30/2017 | B | 3,500 | 14.1200 | 49,420.00 |
| 11/30/2017 | S | (50) | 13.7000 | (685.00) |
| 11/30/2017 | S | (50) | 13.6600 | (683.00) |
| 11/30/2017 | S | (9,900) | 13.6100 | (134,739.00) |
| 12/1/2017 | B | 1,000 | 15.4447 | 15,444.70 |
| 12/4/2017 | B | 2,500 | 17.1552 | 42,888.00 |
| 12/4/2017 | B | 2,500 | 17.1531 | 42,882.75 |
| 12/4/2017 | B | 4,000 | 16.5000 | 66,000.00 |
| 12/5/2017 | S | (490) | 15.7000 | (7,693.00) |
| 12/5/2017 | S | (1,200) | 15.6700 | (18,804.00) |
| 12/5/2017 | S | (100) | 15.6600 | (1,566.00) |
| 12/5/2017 | S | (200) | 15.6500 | (3,130.00) |
| 12/5/2017 | S | (200) | 15.6600 | (3,132.00) |
| 12/5/2017 | S | (100) | 15.6500 | (1,565.00) |
| 12/5/2017 | S | (100) | 15.6600 | (1,566.00) |