**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated, | **Case No.: 1:18-cv-00467-RJS** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF NOELLE DUNPHY AND YUEJUN JIANG** |
| vs. | |
| XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU. | **CLASS ACTION** |
| Defendants. | |

-------------------------------------------------------------------------X
-------------------------------------------------------------------------X

| | |
|---|---|
| PENG LI, Individually and On Behalf of All Others Similarly Situated, | **Case No.: 1:18-cv-00646-RJS** |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU, | |
| Defendants. | |

-------------------------------------------------------------------------X

1

2

Plaintiffs Noelle Dunphy and Yuejun Jiang (collectively, "Movants") hereby withdraw their motion for Lead Plaintiff. (No. 1:18-cv-00467, Dkt. No. 3). This withdrawal shall have no impact on Movants' membership in the proposed class, their right to share in any recovery obtained for the benefit of class members, and their ability to serve as a representative party should the need arise.

Dated: March 30, 2018　　　　　　　　　Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of March 2018, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF NOELLE DUNPHY AND YUEJUN JIANG** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    /s/ Phillip Kim