**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU.<br><br>Defendants. | Case No.: 1:18-cv-00467-RJS<br><br>**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF NOELLE DUNPHY AND YUEJUN JIANG**<br><br>**CLASS ACTION** |

------------------------------------------------------------------------X
------------------------------------------------------------------------X

| | |
|---|---|
| PENG LI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>Defendants. | Case No.: 1:18-cv-00646-RJS<br><br>**CLASS ACTION** |

------------------------------------------------------------------------X

1

Plaintiffs Noelle Dunphy and Yuejun Jiang (collectively, "Movants") hereby withdraw their motion for Lead Plaintiff. (No. 1:18-cv-00467, Dkt. No. 3). This withdrawal shall have no impact on Movants' membership in the proposed class, their right to share in any recovery obtained for the benefit of class members, and their ability to serve as a representative party should the need arise.

Dated: March 30, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

SO ORDERED
Dated: 4/2/18

RICHARD J. SULLIVAN
U.S.D.J.

2