UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>       Defendants. | No. 1:18-cv-00467-RJS<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Jonathan Rosenberg of O'Melveny & Myers LLP enters his appearance as counsel of record for Defendant Xunlei Limited in connection with the above-captioned matter.

Dated: New York, New York
   April 2, 2018

                 Respectfully submitted,

                 O'MELVENY & MYERS LLP

                 By: /s/ Jonathan Rosenberg
                    Jonathan Rosenberg
                    7 Times Square
                    New York, New York  10036
                    Telephone:  (212) 408-2409
                    Facsimile:  (212) 326-2061
                    E-mail:  jrosenberg@omm.com

                  *Attorney for Xunlei Limited*