# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>　　　　　　　　Defendants. | No. 1:18-cv-00467-RJS<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Xunlei Limited ("Xunlei") certifies that Xunlei is a publicly-held corporation with no parent company and that the following publicly traded companies own more than 10% of Xunlei stock: King Venture Holdings Limited.

Dated: New York, New York
　　　　April 2, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　　　By: __/s/ Jonathan Rosenberg__
　　　　　　　　　　　　　　　　　　　　　　　Jonathan Rosenberg
　　　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 326-2000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 326-2061
　　　　　　　　　　　　　　　　　　　　　　　E-mail:　　jrosenberg@omm.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Xunlei Limited*