

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

April 2, 2018

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re:   *Dookeran v. Xunlei Limited, et al. (Case No. 1:18-cv-00467-RJS)* and *Li v. Xunlei Limited, et al. (Case No. 1:18-cv-646-RJS)*

Dear Judge Sullivan:

We represent defendant Xunlei Limited ("Xunlei") in these putative securities class action lawsuits filed on January 18 and 24, 2018, against Xunlei and certain of its corporate officers. We respectfully submit this letter under Section I.C of Your Honor's Individual Rules and Practices to request a continuance of all defendants' deadline to respond to the complaint. Plaintiffs' counsel in these cases have advised us that they consent to this request.

These virtually identical complaints are governed by the Private Securities Litigation Reform Act ("PSLRA") and subject to the PSLRA's lead-plaintiff appointment process.  To date, none of the defendants have been served.  On March 20, 2018, three sets of plaintiffs and plaintiffs' counsel filed for lead-plaintiff and lead-plaintiff's counsel appointment: (i) Tongyan Wang and Yuyan Jia represented by Pomerantz LLP, (ii) Noelle Dunphy and Yuejun Jiang represented by the Rosen Law Firm, P.A.,[1] and (iii) Hesong Sun represented by Levi & Korsinsky, LLP.  Under the PSLRA, the appointment of lead-plaintiff and lead-plaintiff's counsel should occur on or after April 19, 2018, after which the appointed lead plaintiff would likely file a consolidated amended complaint.

Under the circumstances, the parties have agreed, subject to the Court's approval, that (i) O'Melveny will accept service on Xunlei's behalf as of the date of this letter (which would put Xunlei's answer date at April 23, 2018), and (ii) no defendants need respond to the complaint until an agreed-upon date, approved by the Court, after the appointment of lead-plaintiff and lead-plaintiff's counsel, and the filing of a consolidated amended complaint.  The parties will submit within ten days after the appointment of lead-plaintiff and lead-plaintiff's counsel a proposed schedule for the filing of a consolidated amended complaint and defendants' response, subject to Your Honor's Individual Rules for pre-motion conferences.

---

[1] On March 30, 2018, Noelle Dunphy and Yuejun Jiang withdrew their motion for appointment as lead plaintiffs.



Hon. Richard J. Sullivan - April 2, 2018 - Page 2

No other extensions have been requested in this case.  We appreciate the Court's consideration of this joint request.

                                                        Respectfully,

                                                        /s/ Jonathan Rosenberg

                                                        Jonathan Rosenberg

cc:   Eduard Korsinsky, Esq.
       Levi & Korsinsky, LLP
       *Counsel for Plaintiff Runcie Dookeran*

       Jeremy A. Lieberman
       Patrick V. Dahlstrom
       J. Alexander Hood II
       Pomerantz LLP

       Peretz Bronstein
       Bronstein, Gewirtz & Grossman, LLC
       *Counsel for Plaintiff Peng Li*

SO ORDERED this the __ day of April, 2018

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE