UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>Defendants. | Case No. 1:18-cv-00467-RJS<br><br>**NOTICE OF NON-OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |
| PENG LI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>Defendants. | Case No. 1:18-cv-00646-RJS |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that Movant Hesong Sun ("Movant"), respectfully submits this statement of non-opposition with respect to the competing motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel. On March 20, 2018, Movant timely filed a motion for appointment as Lead Plaintiff and approval of selection of counsel, stating that he suffered losses of approximately $216,469 in financial losses in connection with his transactions in Xunlei Limited's American Depositary Shares ("ADSs") between October 10, 2017, and January 11, 2018, inclusive. Collectively, two similar motions were filed by other putative class members in the above-captioned actions. Having reviewed the competing Lead Plaintiff motions filed in the actions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears, although Movant is well-qualified to serve as Lead Plaintiff in the actions, that Movants Tongyan Wang and Yuyan Jia possess the "largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

By this Notice of Non-Opposition, Movant does not waive his right to participate and recover as a class member in this litigation. Movant remains ready, willing and able to serve as Lead Plaintiff if the need arises.

//

//

//

//

Dated:  April 3, 2018	Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Counsel for Movant Hesong Sun*