UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNCIE DOOKERAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>XUNLEI LIMITED, LEI CHEN, ERIC ZHOU and TAO THOMAS WU,<br><br>      Defendants. | Case No.: 1:18-cv-00467-RJS<br><br>**NOTICE OF PUBLICATION** |

**TO: ALL PARTIES OF RECORD**

On January 19, 2018, at 12:03 P.M. ET, following the filing of the above-captioned action, Plaintiff's counsel, Levi & Korsinsky, LLP, caused to be published on Globe Newswire a press release announcing the pendency of the above-captioned action, the claims asserted therein, and the purported class period (the "PSLRA Notice"), pursuant to the requirements of Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A). A true and correct copy of the PSLRA Notice is attached hereto as Exhibit A.

Dated:  April 11, 2018      Respectfully submitted,

                **LEVI & KORSINSKY LLP**

                /s/ *Adam M. Apton*
                Adam M. Apton
                30 Broad Street
                24th Floor
                New York, NY 10004
                Tel: (212) 363-7500
                Fax: (212) 363-7171
                Email: aapton@zlk.com