USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/18

# POMERANTZ LLP

J. Alexander Hood II
ahood@pomlaw.com

April 23, 2018

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

**SENT VIA ECF & EMAIL**

Re: *In re Xunlei Limited Securities Litigation*
Case No.: 18-cv-467 (RJS)

Dear Judge Sullivan:

> IT IS HEREBY ORDERED THAT lead Plaintiffs shall file their consolidated amended complaint by June 4, 2018. Defendants shall answer or move to dismiss the complaint no later than July 16, 2018. If Defendants move to dismiss the complaint, lead Plaintiffs shall file their opposition no later than August 27, 2018, and Defendants shall reply by September 24, 2018.
>
> SO ORDERED
> Dated: 4/23/18
> RICHARD J. SULLIVAN
> U.S.D.J.

Pursuant to the Court's April 12, 2018 Order (Doc. No. 19), the parties, having met and conferred, respectfully submit this joint letter to propose a briefing schedule for filing Lead Plaintiffs' Consolidated Amended Complaint ("CAC") and Defendants' anticipated Motion to Dismiss, and request the Court to enter an Order consistent with the parties' agreement.

The parties respectfully propose the following schedule subject to the Court's approval:

1) Lead Plaintiffs shall file their CAC on or before June 11, 2018;

2) Defendants shall have until August 10, 2018 to answer, plead or otherwise respond to the CAC; and

3) Should Defendants move to dismiss the CAC, Lead Plaintiffs shall file a response to the motion on or before September 24, 2018, and Defendants shall file a reply in support of the motion on or before November 8, 2018.

Respectfully submitted,

By: /s/ *J. Alexander Hood II*
J. Alexander Hood II

325

# POMERANTZ LLP

**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9966
Facsimile: (646) 607-2426
ahood@pomlaw.com

*Attorney for Lead Plaintiffs Tongyan Wang and Yuyan Jia*

By: /s/ *Jonathan Rosenberg*

Jonathan Rosenberg

**O'Melveny & Myers LLP**

Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 408-2409
jrosenberg@omm.com

*Attorney for Defendants Xunlei Limited, Lei Chen, Tao Thomas Wu, and Eric Zhou*

