**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Xunlei Limited Securities Litigation, | No. 1:18-cv-00467-RJS |
| | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Patrick Dahlstrom of Pomerantz LLP enters his appearance as counsel of record for Lead Plaintiffs Tongyan Wang and Yuyan Jia in connection with the above-captioned matter.

Dated:  April 24, 2018

Respectfully submitted,

POMERANTZ LLP

By:     */s/ Patrick Dahlstrom*
         Patrick Dahlstrom
         10 South LaSalle, Suite 3505
         Chicago, Illinois 60603
         Telephone: (312) 377-1181
         Email: pdahlstrom@pomlaw.com

         *Attorney for Lead Plaintiffs Tongyan*
         *Wang and Yuyan Jia*