## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | **CASE NO. 1:18-CV-00467** |
| ) |  |
| IN RE XUNLEI LIMITED SECURITIES LITIGATION ) | Hon. Richard J. Sullivan |
| ) |  |
| ) | <u>JURY TRIAL DEMANDED</u> |
| ) |  |

## <u>NOTICE OF MOTION TO ADMIT JOSHUA B. SILVERMAN *PRO HAC VICE*</u>

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District

of New York, Patrick V. Dahlstrom, a member in good standing of the Bar of this Court, hereby

moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Joshua B. Silverman |
| Firm Name: | Pomerantz LLP |
| Address: | 10 South LaSalle, Suite 3505 |
| City/State/Zip: | Chicago, Illinois 60603 |
| Phone Number: | (312) 377-1181 |
| E-mail: | jbsilverman@pomlaw.com |

Joshua B. Silverman is a member in good standing of the Bar of the State of Illinois.  There

is no pending disciplinary proceeding against Joshua B. Silverman in any State or Federal Court.

Dated: April 27, 2018

Respectfully submitted,

POMERANTZ LLP

By: _____

Patrick V. Dahlstrom
10 South LaSalle, Suite 3505
Chicago, IL 60603
Phone: (312) 377-1181
Email: pdahlstrom@pomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2018, a copy of the foregoing MOTION TO ADMIT JOSHUA B. SILVERMAN *PRO HAC VICE*, DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF MOTION TO ADMIT JOSHUA B. SILVERMAN *PRO HAC VICE* and PROPOSED ORDER were filed with the Clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Patrick V. Dahlstrom

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | **CASE NO. 1:18-CV-00467**<br><br>Hon. Richard J. Sullivan<br><br><u>JURY TRIAL DEMANDED</u> |

## DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF MOTION TO ADMIT JOSHUA B. SILVERMAN *PRO HAC VICE*

PATRICK V. DAHLSTROM, being sworn, hereby deposes and declares as follows:

1. I am a Managing Partner of the law firm of Pomerantz LLP, attorneys for Lead Plaintiffs Tongyan Wang, and Yuyan Jia. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to Admit Joshua B. Silverman as counsel *pro hac vice* to represent the above referenced Lead Plaintiffs in connection with this matter.

2. I am a member in good standing of the bar of the State of New York and the Southern District of New York.

3. I have known Mr. Silverman since 2006.

4. Mr. Silverman is a Partner at Pomerantz LLP in Chicago, Illinois.

5. I have found Mr. Silverman to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Joshua B. Silverman, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Joshua B. Silverman, *pro hac vice*.

WHEREFORE it is respectfully requested that the Motion to Admit Joshua B. Silverman, *pro hac vice* to represent Lead Plaintiffs Tongyan Wang, and Yuyan Jia, in connection with this above-captioned matter, be granted.


Dated:  April 27, 2018                             Respectfully submitted,

                                                   POMERANTZ LLP


                                          By:      _____
                                                   Patrick V. Dahlstrom
                                                   10 South LaSalle, Suite 3505
                                                   Chicago, IL 60603
                                                   Phone:  (312) 377-1181
                                                   Email: pdahlstrom@pomlaw.com

                                                   *Attorney(s)   for   Lead   Plaintiffs*
                                                   *Tongyan Wang and Yuyan Jia*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>) |

**CASE NO. 1:18-CV-00467**

Hon. Richard J. Sullivan

JURY TRIAL DEMANDED

## AFFIRMATION OF JOSHUA B. SILVERMAN IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

JOSHUA B. SILVERMAN, being sworn, hereby deposes and affirms as follows:

1. I am a Partner at the law firm of Pomerantz LLP, located in Chicago, Illinois.

2. I submit this affirmation in support of Patrick Dahlstrom's motion to admit me to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. I respectfully request to be permitted to appear as counsel and advocate *pro hac vice* in this one case for the following Lead Plaintiffs:  Tongyan Wang, and Yuyan Jia.

Dated: April 27, 2018

_____
Joshua B. Silverman