UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION ) ) ) ) ) ) ) | CASE NO. 1:18-CV-00467<br><br>Hon. Richard J. Sullivan<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Patrick V. Dahlstrom for Lead Plaintiffs Tongyan Wang, and Yuyan Jia, and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Joshua B. Silverman
    Firm Name:  Pomerantz LLP
    Address:  10 South LaSalle, Suite 3505
    City/State/Zip:  Chicago, Illinois 60603
    Phone Number:  (312) 377-1181
    E-mail:  jbsilverman@pomlaw.com

is admitted to practice *pro hac vice* as counsel for Lead Plaintiffs Tongyan Wang, and Yuyan Jia, in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel has an Electronic Case Filing (ECF) system password from nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

**Dated:**

                                                                                 The Honorable Richard J. Sullivan
                                                                                 United States District Judge