UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-00467-RJS<br><br>**DECLARATION OF WILLIAM K. PAO** |

I, William K. Pao, hereby state and declare as follows:

1.  I am a partner of O'Melveny & Myers LLP, counsel of record for Defendants Xunlei Limited and Lei Chen in this matter. I submit this declaration in support of my motion for admission *pro hac vice*. I have personal knowledge of the facts set forth below, and, if called upon, I could and would testify to the truth of the following.

2.  I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2018              /s/ William K. Pao
Los Angeles, California                      William K. Pao