## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE XUNLEI LIMITED SECURITIES
LITIGATION

Civil Action No. 1:18-cv-00467-RJS

**ORDER ON MOTION FOR
ADMISSION *PRO HAC VICE***

The motion of William K. Pao for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel:  (213) 430-6000
Fax:  (213) 430-6407
wpao@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Xunlei Limited and Lei Chen in the above-captioned matter;

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:  _____      _____

Hon. Richard J. Sullivan
United States District Judge