UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-00467-RJS |

**DEFENDANTS' NOTICE OF INTENTION TO ADDRESS FOREIGN LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE THAT pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Defendants Xunlei Limited and Lei Chen (collectively, "Defendants") hereby provide notice of their intent to address in their Motion to Dismiss the following foreign-law issues: whether the OneThing Cloud and the OneThing Cloud Reward Program, as constituted from October 10, 2017, through January 11, 2018, (i) constituted an ICO under Chinese law, and (ii) violate Chinese laws and regulations. Defendants will address those issues through the August 2, 2018 Declaration of Hui (Robin) Huang in Support of Defendants' Motion to Dismiss.

Dated: August 3, 2018
    New York, New York

Respectfully submitted,

/s/ Jonathan Rosenberg
Jonathan Rosenberg
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

William K. Pao (*pro hac vice* pending)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Defendants Xunlei Limited and Lei Chen*