UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-00467-RJS<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, and the accompanying declarations of William K. Pao, Esq., and Hui (Robin) Huang, Ph.D., LLM, LLB, and the exhibits attached thereto, Defendants Xunlei Limited and Lei Chen, through the undersigned, hereby move this Court, before the Honorable Richard J. Sullivan, on a date and time to be set by the Court, for an order dismissing the Amended Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: August 3, 2018
New York, New York

Respectfully submitted,

/s/ Jonathan Rosenberg

Jonathan Rosenberg
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

William K. Pao (*pro hac vice* pending)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Defendants Xunlei Limited and Lei Chen*