# EXHIBIT B



Source: http://www.onethingcloud.com/us/site/index.html





Source: http://www.onethingcloud.com/us/site/index.html



Source: http://www.onethingcloud.com/us/site/index.html



Source: http://www.onethingcloud.com/us/site/index.html



Source: http://www.onethingcloud.com/us/site/index.html





Source: http://www.onethingcloud.com/us/site/index.html



Source: http://www.onethingcloud.com/us/site/index.html

## Unmatched features for best data management

1GB RAM + 8GB ROM, Quad-core 1.5G processor, HD decoder chip, supporting gigabit network; strong high-performance drivers bring you free and enjoyable use experience.

     

1GB Ethernet port — extra-large network port, speedy transmission

1GB DDR3 — extra-large cache space, more stable running

CPU 4-core 1.5GHz — Quad-core processor, fast processing of data

USBx2 — expansion of cloud space at any time

HD decoding chip — HD play, supporting non-smart TVs

USA

Source: http://www.onethingcloud.com/us/site/index.html