# EXHIBIT C

# TRANSLATION CERTIFICATION

Date: July 31, 2018

To whom it may concern:

This is to certify that the attached translation from Chinese into English of "October 19, 2017 - OneThingTech's Statement on the Use of OneCoin" is an accurate representation of the document received by this office, which document follows the attached translation.

Samuel Chong, the Chinese into English translator, attests to the following:

"I am fluent in English and Chinese. To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Samuel Chong

## OneThingTech's Statement on the Use of OneCoin
October 19, 2017

Dear OneCoin Holders:

Recently, the OneCoin cloud team has discovered some illegal OneCoin trading platforms in the network.

**To protect the safety of the Link Token held by most OneCoin holders and maintain national laws and regulations, OneCoin cloud team hereby declares:**

1. **There is no official trading platform for OneCoins, and we do not encourage users to engage in OneCoin transactions.** Any OneCoin trading platform that is circulating in the network is not an official platform. Please look for the **only official website** of OneCoin: http://red.xunlei.com. **We reserve the right to pursue the legal liability** against any suspected illegal use of the registered trademark of OneCoin, plagiarism of the official website of OneCoin, and platforms, websites or products illegally using words like "OneCoin official" for publicity. At the same time, we once again remind the OneCoin holders that OneThingTech cannot guarantee or be responsible for the legality, accuracy, authenticity, applicability and security of any non-official platform, website, community, etc. The holders should carefully distinguish them in the operation of OneCoin and take prudent precautions to avoid fraud and loss of assets.

2. **Like other virtual digital assets based on blockchain technology, once withdrawn to the Wallet, OneCoin is owned by the user. In the case of a wrong transfer, lost key, forgotten password, etc., OneCoin cloud team can't help recover it.** At the same time, when activating or participating in the "OneCoin Incentive", please be sure to read the user agreement carefully and follow the relevant provisions of the agreement. In the event of any person infringement, property damage, defamation of reputation or goodwill, copyright or intellectual property right infringement caused by trusting and using third party websites, platforms, information and services in products, or maloperations, OneThingTech can't help users to recover their losses. **Please be careful in your operation!**

  

返回新闻列表                                                                                      上一篇  下一篇

# 网心科技有关玩客币使用方式声明

2017-10-19

亲爱的玩客：

近日玩客云团队发现网络中出现非法的玩客币交易平台。

**为了保障广大玩客的链克安全，维护国家法律法规，玩客云团队在此声明：**

**1. 玩客币没有官方交易平台，且我司不鼓励用户进行玩客币交易。** 现网络中流传的任何玩客币交易平台都非官方平台，请大家认准玩客币**唯一官方网站**：http://red.xunlei.com。如发现涉嫌违规使用玩客币注册商标、抄袭玩客币官方网站、冒用"玩客币官方"字样进行宣传的平台、网站或产品，**我司将保留追究其法律责任的权利。** 同时再次提醒广大玩客，网心科技对任何非官方平台、网站、社区的合法性、准确性、真实性、适用性、安全性等均无法保证或负责，广大玩客如需进行任何有关玩客币的操作，应慎重辨别，并采取谨慎的预防措施，以免受骗上当，遭受资产损失。

**2. 与基于区块链技术的其他虚拟数字资产一样，用户一旦提取到钱包，玩客币就归用户所有，如果有错误转账、密钥丢失、忘记密码等情况，玩客云团队无法帮忙找回。** 同时，各位玩客在激活或参与"玩客奖励计划"时，请务必仔细阅读用户协议，并遵守协议中相关规定。若因相信、使用第三方网站、平台、产品中信息和服务，或操作失误进行转账，而引致的人身、财产损害、名誉或商誉诽谤、版权或知识产权等权利的侵犯等事件，网心科技无法帮助用户追回损失。**请各位玩客一定要谨慎操作！**

关于我们 +

产品活动 +

服务支持 +

关注我们 +



扫码下载玩客云APP

服务时间：09:00-21:00

400-109-8880

在线咨询

Copyright©2018 onethingcloud.cn All Rights Reserved 深圳市网心科技有限公司版权所有 联系电话:0755-86186181

粤ICP备 14008884号-24     法律声明     网站地图

中国(内地)