# EXHIBIT E

# TRANSLATION CERTIFICATION

Date: July 31, 2018

To whom it may concern:

This is to certify that the attached translation from Chinese into English of "December 9, 2017 - Adjustment Announcement of OneCoin" is an accurate representation of the document received by this office, which document follows the attached translation.

Samuel Chong, the Chinese into English translator, attests to the following:

"I am fluent in English and Chinese. To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Samuel Chong

## Adjustment Announcement of OneCoin
December 9, 2017

To allow most users to correctly understand the digital assets based on blockchain, effectively crack down on all kinds of possible speculative behaviors, and promote the benign development of shared computing ecology, the following adjustments will be made from now on:

1. **"OneCoin" is officially renamed "Lianke (English name LinkToken)".** At the same time, its functions remain unchanged as an exchange medium for shared resources and various value-added services.

2. **"OneCoin Wallet**" officially changes its name to " LinkToken Pocket". At the same time, the LinkToken Pocket will launch the real-name certification function on December 14th, when a 15-day real-name certification buffer period will begin. Please complete the real-name certification as soon as possible during the buffer period. **Users who have not completed real-name certification within the stipulated time will not have access to the transfer function of LinkToken Pocket from December 29th.**

3. **Xunlei will cooperate with various supervision and law enforcement departments to crack down on illegal trading platforms. Users shall transfer the link tokens kept by illegal trading platforms to their LinkToken Pocket** before December 16 to avoid any unnecessary loss of asset.

 

返回新闻列表 上一篇 下一篇

# 玩客币相关调整公告

2017-12-9

为让广大用户更直接的正确认识区块链数字资产，有效打击各类可能出现的投机行为，促进共享计算生态良性发展，自即日起，将进行以下调整：

1、 **"玩客币"正式更名为"链克（英文名LinkToken）"**。同时，其功能保持不变，仍做为共享资源与各类增值服务的交换媒介。

2、 **"玩客币钱包"正式更名为"链克口袋"**。同时，链克口袋将在12月14日上线实名认证功能，届时将开启为期15天的实名认证缓冲期，请广大用户在缓冲期内尽快完成实名认证。**对在规定的时间内未完成实名认证的用户，自12月29日起将无法使用链克口袋转账功能。**

3、 **迅雷将联合各监督、执法部门展开非法交易平台打击活动。**请广大用户在12月16日前，**将交由非法交易平台代管的链克提取到自己的链克口袋中**，避免产生不必要的资产损失。

产品                                                                                           +

链克                                                                                           +

| | |
|---|---|
| 服务支持 | + |
| 关于我们 | + |



服务时间：周一至周日09:00-21:00

**400-109-8880**

在线咨询

扫码下载玩客云APP

友情合作　　迅雷　　星域云　　迅雷链开放平台　　　　　

Copyright©2018 onethingcloud.cn All Rights Reserved 深圳市网心科技有限公司版权所有

粤ICP备 14008884号-24　　　法律声明　　　网站地图

中国(内地)