# EXHIBIT F



公司主页     产品中心     新闻中心     关于迅雷     联系我们     Investors

| | | | |
|---|---|---|---|
| Print Page | RSS | E-mail Alerts | Tear Sheet |

**Investor Home**

**Corporate Information**
Corporate Profile
Management
Board of Directors
Corporate Governance

**Stock Information**
Stock Quote
Stock Chart
Historical Price Lookup
Investment Calculator

**Press Releases**

**News Center**

**Financial Information**
SEC Filings
Quarterly Results
Annual Reports
Analyst Coverage

**Events**
Event Calendar
Webcasts & Presentations

**Contact Us**
Investor FAQs
Information Request
E-mail Alerts
IR Contacts

## Press Releases

<< Back

View printer-friendly version

**Xunlei Receives National High-tech Enterprise Certification**

SHENZHEN, China, Dec. 22, 2017 (GLOBE NEWSWIRE) -- Xunlei Limited ("Xunlei" or the "Company") (Nasdaq:XNET), a leading cloud-based acceleration technology company in China, today announced that three of its wholly controlled operating companies Shenzhen Xunlei Networking Technologies Co., Ltd., Shenzhen Onething Technologies Co., Ltd. and Shenzhen Xunlei Wangwenhua Co., Ltd. have been certified as national high-tech enterprises by the Ministry of Science and Technology of P.R. China.  The certification is valid for three years.  Government approved high-tech companies enjoy a preferred income tax rate of 15%.

Mr. Lei Chen, Chief Executive Officer of Xunlei, commented: "It's a great honor to be recognized as a national high-tech company.  For the past 15 years, Xunlei has built its reputation through its outstanding technical know-how. Particularly, since establishment of Shenzhen Onething Technologies Co. in 2013, the Company has invested a significant amount of capital in research and development of industry leading emerging technologies."

"We believe our proprietary distributed cloud computing technology has certain advantages over and is complementary to the traditional CDN industry. And it can contribute to the development of the IoT industry. The company is committed to furthering its endeavor for the benefit of sharing economy and building a sustainable business for the years to come." Mr. Lei Chen concluded.

**About Xunlei**

Xunlei Limited ("Xunlei") is a leading cloud-based acceleration technology company in China. Xunlei operates a powerful internet platform in China based on cloud computing to provide users with quick and easy access to digital media content through its core products and services, Xunlei Accelerator and the cloud acceleration subscription services. Xunlei is increasingly extending into mobile devices in part through potentially pre-installed acceleration products in mobile phones. Benefitting from the large user base accumulated by Xunlei Accelerator, Xunlei has further developed various value-added services to meet a fuller spectrum of its users' digital media content access and consumption needs.

**Safe Harbor Statement**

This press release contains statements of a forward-looking nature. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. You can identify these forward-looking statements by terminology such as "will," "expects," "believes," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the management's quotations contain forward-looking statements. These forward-looking statements involve known and unknown risks and uncertainties and are based on current expectations, assumptions, estimates and projections about the Company and the industry. Forward-looking statements involve inherent risks and uncertainties, including but not limited to: the Company's ability to continue to innovate and provide attractive products and services to retain and grow its user base; the Company's ability to keep up with technological developments and users' changing demands in the internet industry; the Company's ability to convert its users into subscribers of its premium services; the Company's ability to deal with existing and potential copyright infringement claims and other related claims; the Company's ability to react to the governmental actions for its scrutiny of internet content in China and the Company's ability to compete effectively. Although the Company believes that the expectations expressed in these forward-looking statements are reasonable, it cannot assure you that its expectations will turn out to be correct, and investors are cautioned that actual results may differ materially from the anticipated results. Further information regarding risks and uncertainties faced by the Company is included in the Company's filings with the U.S. Securities and Exchange Commission. All information provided in this press release is as of the date of the press release, and the Company undertakes no obligation to update any forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law.

CONTACT: IR Contact:
Xunlei Limited
Email: ir@xunlei.com
Tel: +86 755 26035888-8893
Website: http://ir.xunlei.com



Xunlei Limited

Copyright ©2018- Xunlei Limited. All Rights Reserved.