# EXHIBIT G

公司主页     产品中心     新闻中心     关于迅雷     联系我们     Investors



**Investor Home**

**Corporate Information**
Corporate Profile
Management
Board of Directors
Corporate Governance

**Stock Information**
Stock Quote
Stock Chart
Historical Price Lookup
Investment Calculator

**Press Releases**

**News Center**

**Financial Information**
SEC Filings
Quarterly Results
Annual Reports
Analyst Coverage

**Events**
Event Calendar
Webcasts & Presentations

**Contact Us**
Investor FAQs
Information Request
E-mail Alerts
IR Contacts

Print Page | E-mail RSS Alerts | Tear Sheet

## Press Releases

<< Back

View printer-friendly version

### Xunlei Named China's Top 100 Internet Company

SHENZHEN, China, July 30, 2018 (GLOBE NEWSWIRE) -- Xunlei Limited ("Xunlei" or the "Company") (Nasdaq:XNET), a leading cloud-based bandwidth acceleration technology company in China, announced today that one of its key operating entities in China, Shenzhen Xunlei Networking Technologies Co., Ltd. was recently named as one of the Top 100 Internet Companies in China by the Internet Society of China and the Information Center of the Ministry of Industry and Information Technology of the People's Republic of China (the "Information Center").

The Internet Society of China and the Information Center have conducted the ranking since 2013. The ranking is based on a number of factors including company size, technical innovation, revenue growth, profitability, corporate influence and social responsibility.

Mr. Lei Chen, Chief Executive Officer of Xunlei, stated: "Xunlei has been on the list of the Top 100 Internet Companies in China since 2013. I believe the ranking reflects our achievements and will provide further impetus for our continuing efforts to amplify the power of individuals through technological innovation."

**About Xunlei**

Xunlei Limited ("Xunlei") is a leading cloud-based acceleration technology company in China. Xunlei operates a powerful internet platform in China based on cloud computing to provide users with quick and easy access to digital media content through its core products and services, Xunlei Accelerator and the cloud acceleration subscription services. Xunlei is increasingly extending into mobile devices in part through potentially pre-installed acceleration products in mobile phones. Benefitting from the large user base accumulated by Xunlei Accelerator, Xunlei has further developed various value-added services to meet a fuller spectrum of its users' digital media content access and consumption needs.

Contact:

Investor Relations
Xunlei Limited
Email: ir@xunlei.com
Tel: +86 755 8633 8443
Website: http://ir.xunlei.com



Source: Xunlei Limited

Copyright ©2018- Xunlei Limited. All Rights Reserved.