# EXHIBIT M

# OneThing Cloud Receives Wide Recognition at CES 2018

Innovative "Crowd Sourced Computing + Blockchain" Model Offers Solution for Cloud Computing

NEWS PROVIDED BY
**OneThing Technologies Co., Ltd.** →
Jan 13, 2018, 01:39 EST

LAS VEGAS, Jan. 13, 2018 /PRNewswire/ -- Onething Technologies Co., Ltd. ("Onething" or "Onething Technologies"), a subsidiary of Xunlei Ltd. (Nasdaq: XNET), brought its OneThing Cloud, an innovative model integrating "crowd sourced computing + blockchain", to the Consumer Electronics Show (CES) 2018, which was kicked off on January 9 in Las Vegas.  More than 175,000 industry insiders, exhibitors, and media outlets attended the show which will influence the tech trends for the next 12 months. As one of the world's largest technology shows, CES has served as a platform for innovators and breakthrough technologies for 50 years. It claims to be a global stage where next generation of innovations are introduced to the marketplace. As a pioneer of Chinese crowd sourced computing industry, Onething received wide attention at CES 2018 for its OneThing Cloud, a blockchain technology based consumer electronic device.

A large number of the visitors showed great interest in OneThing Cloud, which is a smart device that can collect idle computing resources including bandwidth and storage from users who will in turn be rewarded with a form of digital asset called LinkToken. Users can also enjoy other conveniences such as multimedia storage and streaming, file management and remote control.  This innovative model, being a perfect exemplification of sharing economy, may help resolve the conflict between demand for high computing resources and high costs, and deliver a high-quality yet cost-effective cloud computing service.

One of the essential elements of OneThing Cloud is its unique blockchain innovation which is utilized to counter the drawback of trust crisis often looming over sharing economy. Xunlei's blockchain technology is designed to guarantee open, transparent and tamper-resistant use of crowd sourced computing resources. And the LinkToken is the reward that users can earn by sharing their idle resources and can use it to redeem other services from Xunlei. Xunlei has high confidence in developing its blockchain as it has already been researching and developing distributed computing for almost 15 years and has invested significantly in it. The blockchain technology, like distributed computing, is also decentralized. Therefore, OneThing Cloud and LinkToken not only are the important elements in the crowd sourced computing ecology, but also are important drivers for the development of blockchain technology. As OneThing Cloud is expanding its user base and gaining popularity in China, LinkToken may become the first million-user level blockchain application in China, which in turn will promote blockchain technology to the mass public.

On January 9 at CES 2018, GeekPark awarded OneThing Cloud "CES Most Popular Product." Meanwhile, TMTPost.com named Onething Technologies "Global Blockchain Innovation Product" for its breakthrough in innovation of cloud computing and blockchain technology.

"OneThing Cloud is the best partner of mobile phones. With it, I can have my photos and videos safely stored and encrypted on the cloud but can still access them at any time. Therefore I don't have to pay extra money to buy cell phones with big memory." replied a visitor when asked why he favors OneThing Cloud.

A tech geek said, "OneThing Cloud frees users from carrying U disks all the time and can be connected to TVs and mobile phones for video watching and document editing. Besides, by sharing their idle resources, users can earn LinkToken, which can be used to exchange for other Xunlei products and services they want. It's fun and environmentally meaningful because a lot of unused resources can be utilized."

CES 2018 witnessed the emergence of Chinese innovative models such as OneThing Cloud that are stealing the spotlight away from American products. This means that Chinese technology innovation has improved its capability to compete with the world's highest-level players, particularly in the field of blockchain technology.

**Safe Harbor Statement**

This press release contains statements of a forward-looking nature. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. You can identify these forward-looking statements by terminology such as "will," "expects," "believes," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the management's quotations contain forward-looking statements. These forward-looking statements involve known and unknown risks and uncertainties and are based on current expectations, assumptions, estimates and projections about the Company and the industry. Forward-looking statements involve inherent risks and uncertainties, including but not limited to: the Company's ability to continue to innovate and provide attractive products and services to retain and grow its user base; the Company's ability to keep up with technological developments and users' changing demands in the internet industry; the Company's ability to convert its users into subscribers of its premium services; the Company's ability to deal with existing and potential copyright infringement claims and other related claims; the Company's ability to react to the governmental actions for its scrutiny of internet content in China and the Company's ability to compete effectively. Although the Company believes that the expectations expressed in these forward-looking statements are reasonable, it cannot assure you that its expectations will turn out to be correct, and investors are cautioned that actual results may differ materially from the anticipated results. Further information regarding risks and uncertainties faced by the Company is included in the Company's filings with the U.S. Securities and Exchange Commission. All information provided in this press release is as of the date of the press release, and the Company undertakes no obligation to update any forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law.

SOURCE OneThing Technologies Co., Ltd.