# EXHIBIT A

# CURRICULUM VITAE

Prof Hui HUANG

## PERSONAL DATA

| | |
|---|---|
| **FULL NAME:** | HUANG, Hui (Robin) |
| **GENDER** | Male |
| **OFFICE ADDRESS:** | Faculty of Law, Chinese University of Hong Kong |
| | Room 521, Lee Shau Kee Building |
| | Shatin, New Territories, HK SAR |
| **TELEPHONE NO:** | +852 3943 1805 |
| **FAX NO:** | +852 2994 2505 |
| **EMAIL:** | robinhuang@cuhk.edu.hk or huanghui93@tsinghua.org.cn |
| **WEBPAGE (URL):** | http://www.law.cuhk.edu.hk/people/huang-hui-robin.php |

## EDUCATION

| | |
|---|---|
| **Mar 2002-Jul 2005** | **Doctor of Philosophy (PhD) in Law** |
| | University of New South Wales (UNSW), Sydney, Australia |
| **Sep 1999-Dec 2001** | **LL.M,** *summa cum laude*: *Tsinghua*, Beijing, China |
| **Sep 1996-Jul 1999** | **LL.B,** *magna cum laude*: *Tsinghua*, Beijing, China |
| **Sep 1993-Jul 1998** | **B.M.E.,** *magna cum laude*: *Tsinghua*, Beijing, China |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **08/2014- Present** | **Professor, Faculty of Law** |
| | Chinese University of Hong Kong |
| **01/2010- 07/2014** | **Associate Professor, Faculty of Law** |
| | Chinese University of Hong Kong |
| | **Conjoint Associate Professor, Faculty of Law** |
| | University of New South Wales (UNSW), Sydney, Australia |
| **07/2008-12/2009** | **Senior Lecturer, Faculty of Law** |
| | University of New South Wales (UNSW), Sydney, Australia |
| **07/2005-06/2008** | **Lecturer, Faculty of Law** |
| | University of New South Wales (UNSW), Sydney, Australia |

## EXPERT ENGAGEMENT AND PROFESSIONAL SOCIETIES

- Expert, World Bank Panel for Financial Institution Resolution and Insolvency
- Specially-Invited Expert, Supreme People's Court of PRC
- Expert Consultant, US Securities and Exchange Commission
- Expert Consultant, Hong Kong Securities and Futures Commission
- Expert Consultant, Hong Kong Securities Institute
- Specially-Invited Expert, China Banking Law Society

- Expert Fellow, Shenzhen Stock Exchange
- Elected member of the Executive Council, China Commercial Law Society
- Elected member of the Executive Council, China Securities Law Society
- Member, International Academy of Comparative Law
- Member, Society for Empirical Legal Studies (USA)
- Member, Corporate Law Teachers Association (Australia)
- Arbitrator, South China International Economic and Trade Arbitration Commission (PRC)
- Arbitrator, Kuala Lumpur Regional Centre for Arbitration (KLRCA)
- Attorney at Law (PRC)

## AWARDS AND HONORS

- High Impact in Legal Scholarship Award(Inaugural), CUHK, 2015
- The Prize for Best Conference Paper, Annual Law Forum of Shanghai Stock Exchange, 2013
- Young Researcher Excellence Award, CUHK, 2012
- The First-Honor Prize for Conference Paper, Guangdong Civil and Commercial Law Society Conference, Guangzhou China, 20011, 2012 (two times)
- Research Excellence Award, CUHK, 2011
- The Prize for Best Conference Paper, the China Commercial Law Society Conference, Nanchang China, 2008
- The Prize for Best Conference Paper, the Australian Corporate Law Teachers Association Conference, Sydney Australia, 2005

## JOURNAL EDITORSHIP

- Asian Journal of Comparative Law (Cambridge University Press)
- Asian Journal of Law and Society (Cambridge University Press)
- Artificial Intelligence Law Review [Rengong Zhineng Faxue Yanjiu] (Southwestern University of Political Science and Law, China)
- 

## VISITING AND GUEST PROFESSORSHIP

- Adjunct Professor, University of New South Wales, Sydney Australia
- Guest Chair Professor, Jinan University
- Guest Professor, China University of Political Science and Law
- Guest Professor, East China University of Political Science and Law
- Li Ka Shing Visiting Professor, McGill University
- Senior Grotius Research Scholar, Michigan University Law School
- Senior Fellow, Melbourne Law School
- Visiting Professor, Tel Aviv University
- Visiting Professor, National University of Singapore
- Visiting Scholar, Harvard University
- Visiting Scholar, Columbia University
- Visiting Scholar, Cambridge University

- Visiting Scholar, Oxford University

## MAIN RESEARCH INTERESTS

- Corporate law
- Securities Regulation
- Law and Finance
- Chinese & Comparative Law
- Foreign investment in China
- Law and Economics

## COURSES TAUGHT

- Hong Kong Securities Regulation
- Chinese Company Law
- Chinese Securities Regulation
- Capital Markets Law in Asia
- Australian Corporate Law
- Australian Securities Regulation

## RESEARCH GRANTS (AFTER 2010)

- *External Competitive Grants:*
    - China Securities Regulatory Commission, Investor Protection Center, granted as Principle Investigator (with Dr Huang Jiangdong, Professor Li Hailong and Professor Xiao Yu), (Project title: Research on Civil Compensation, Administrative Fine and Criminal Fine in the Capital Markets), 2017-2018 (RMB150,000)
    - Hong Kong Research Grants Council, General Research Fund, Granted as Co-Investigator (with Professor Charles QU and Jiang Daxing), (Project title: The Decision Making on Corporate Guarantee Cases in Chinese Courts), 2017-2020 (HKD1,111,350)
    - Hong Kong Research Grants Council, Theme-based research scheme, Granted as Co-Investigator (with Professors Douglas Arner, David Donald et al), (Project title: Enhancing Hong Kong's Future as a Leading International Financial Centre), 2012-2017 (HKD 15.36 million)
    - Hong Kong Research Grants Council, Public Policy Grant, Granted as Co-Investigator (with Professor Shahla Ali), (Project title: Promoting economic integrity through institutional alternative dispute resolution), 2010-2013 (HKD 819,000)
    - Australian Research Council, Discovery Grant, Granted as Principal Investigator (with Professor Ross Buckley), (project title: Regulatory responses to the global financial crisis), 2010-2013 (AUD 170,000)

- *Internal Competitive Grants:*
    - Principal Investigator, (Project title: Corporate Governance and Private Securities Litigation in China: Where Are We Now and Where Do We Go From Here?), CUHK Direct Grant, 01/July/2016-30/December/2017 (HKD 59,945)

- - o Principal Investigator, (Project title: Corporate Groups in China: An Empirical Inquiry), CUHK Direct Grant, 01/July/2013-30/June/2014 (HKD 49,945)
    o Principal Investigator, (Project title: The Political Economy of Cross-border Mergers and Acquisitions in China), CUHK Direct Grant, 07/05/3012-06/11/2013 (HKD 51,165)
    o Principal Investigator, (project title: Rethinking the Disclosure Paradigm of Securities Regulation: Lessons from the Global Financial Crisis), CUHK Direct Grant, 01/04/2010-31/08/2011 (HKD 34,000)

## INTERNAL SERVICE

Faculty of Law
- Assistant Dean (External Affairs – Asia)
- Executive Director, Centre for Financial Regulation and Economic Development
- Member, Faculty Board
- Member, Faculty Research Committee
- Member, Research Assessment Exercise Steering Group
- Member, Faculty Personnel Committee
- Member, Faculty Globalization Strategy Committee

College (Wu Yee Sun College, CUHK)
- Member, Scholarships & Financial Aid Committee
- Member, Student Counselling and Disciplinary Committee

University
- Member, China Outreach Group, CUHK Graduate School

## EXTERNAL SERVICE

- Director, Hong Kong Legal Education Fund
- International assessor, Discovery grant application, Australian Research Council
- External examiner for PhD theses, other universities locally and internationally
- Expert Assessor, Hong Kong Council for Accreditation of Academic & Vocational Qualifications

## LIST OF PUBLICATIONS

## Journal Articles

1. "The Regulation of Initial Coin Offerings in China" *European Business Organization Law Review* (forthcoming) (with Hui Deng, Qingran Wu)
   - A leading commercial law journal in EU
2. "The Regulatory Logic and Model for Equity Crowdfunding in China" 2018 (4) *Xiandai Faxue [Law Journal of Southwest University of Political Science and Law] (forthcoming)*
3. 'The Rise of Hostile Takeovers and Defensive Measures in China: Comparative and Empirical Perspectives' *European Business Organization Law Review* (with Juan Chen) (forthcoming)
   - A leading commercial law journal in EU
4. "Rethinking the Relationship between Public Regulation and Private Litigation: Evidence from Securities Class Action in China" (2018) 19 *Theoretical Inquiries in Law* 333-361.
   - Based in Tel Aviv University, ranked second among more than two hundred non-US law journals according to the Washington and Lee most cited legal periodicals index
5. "Online P2P Lending and Regulatory Responses in China: Opportunities and Challenges" (2018) 19 *European Business Organization Law Review* 63-92
   - A leading commercial law journal in EU
6. "Research on Securities Market Debarring Order: American Experience and its Implication for China" (2018) 1 *Bijiaofa Yanjiu [Journal of Comparative Law]* (with Hailong Li) 76-106
   - CSSCI journal
7. "The Institution of the Market Misconduct Tribunal in Hong Kong and its Implications for Mainland China" 2018 (1) *Touzi Zhe [Investors]*
   - A journal managed by the China Securities Regulatory Commission
8. "Regulatory Logic and Approach to the Liability of Parent Company for the Debt of Subsidiary Company Against the Background of China's Reform of State-Owned Enterprises" (2017) 6 *Zhong Wai Fa Xue [Peking University Law Journal]*
   - A leading law journal in China
9. "The Prospect and Evolution of the Securities Regulatory Cooperative Regime between Hong Kong and Mainland China under the 'One Country, Two Systems' Arrangement" (2017) 5 *Bijiaofa Yanjiu [Journal of Comparative Law]* 12-25
   - CSSCI journal
10. "The Significance of the Hong Kong Basic Law to the Prosperity and Stability of the Financial Markets in Hong Kong" 2017(13) *Zhongguo Renda [Journal of The People's Congress of China]* 26.
11. "The Status Quo and Future Development of the Regulation of Online P2P Lending Development in China" 2017(1) *Nanchang Daxue Falv Pinglun [Nanchang University Law Review]* 47-78 (with Gavin Lin, Inaugural issue)
    - Inaugural issue
12. "Rethinking the Contractarian Approach to Corporate Law" (2017) 4 *Fa Xue [Legal Science]* 124

- CSSCI journal
13. "Securities Dispute Mediation in China" (2016) 10（2） *Journal of Comparative Law* 177
14. 'Private Enforcement of Securities Law in China: Past, Present and Future' (2016) 17 *Jingjifa Yanjiu [Economic Law Review]* 145-158
15. "The Validity of the Reform of China's Corporate Legal Capital Regime: A Law and Economics Analysis of its Creditor Protection Function" (2015) 6 *Zhongguo Faxue [China Legal Science]* 159-179
    - A leading law journal in China
16. *International Capital Markets: Law and Institution,* Cally Jordan, [Oxford University Press, U.K., 2014] in (2015) 45(2) *Hong Kong Law Journal* (book review)
17. "Assessing the Tribunal System in Hong Kong: A Case Study of the Market Misconduct Tribunal" (2015) 5 *China Law [Zhongguo Falv]* 72
18. "The Regulation of Shadow Banking in China: International and Comparative Perspectives' (2015) 30 *Banking and Finance Law Review* 481-503
    - A leading business law journal in Canada
19. 'Empirical Study on Shareholder Derivative Suits in China' (2014) 1 *Renda Falv Pinglun [Renmin University Law Review]* 232-264.
20. 'Empirical Study on Civil Cases Against Securities Misrepresentation in China' (2013) 2 *Zhengquan Fayuan [Securities Forum]* 967-995.
21. 'The Use of Empirical Legal Research Methodologies in China' (2013) 6 *Faxue Yanjiu [Chinese Journal of Law]* 15-18.
22. 'Private Enforcement of Securities Law in China: A Ten-year Retrospective and Empirical Assessment' (2013) 61(4) *American Journal of Comparative Law* 757-798
    - A leading comparative law journal in the US
    - I was invited by the Korean Law and Economics Association to give a presentation of this paper in November 2013 in Seoul, Korea
23. 'Convergence and Persistence in Corporate Governance: A Chinese Perspective' (2013) 5 *Bijiaofa Yanjiu [Journal of Comparative Law]* 61-76
    - A leading comparative law journal in China
24. 'Piercing the Corporate Veil in China: Where Is It Now and Where Is It Heading?' (2012) 60(3) *American Journal of Comparative Law* 743-774
    - A leading comparative law journal in the US
25. 'Insider Trading and the Regulation on China's Securities Market: Where Are We Now and Where Do We Go From Here?' (2012) 5 *Journal of Business Law* 379-403
    - A leading business law journal in the UK
    - I was invited to give a presentation of this paper at the Centre for Corporate Law and Securities Regulation of Melbourne University Law School in August 2013
26. 'Shareholder Derivative Litigation in China: Empirical Findings and Comparative Analysis' (2012) 27(4) *Banking and Finance Law Review* 619-654
    - A leading business law journal in Canada
27. 'Financial Dispute Resolution in China: Arbitration or Court Litigation?' (2012) 28(1) *Arbitration International* 77-100 (with Shahla Ali, 50 percent of contribution)

28. 'Governing Financial Disputes in China: What Have We Learnt From the Global Financial Crisis of 2008?' (2012) 7(1) *University of Pennsylvania East Asia Law Review* 195-220 (with Shahla Ali, , 50 percent of contribution)
29. 'Corporate Capital Regime: A Comparative Perspective' (2012) 21 *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 341-352
30. 'China's Veil-Piercing Regime: An Empirical Study' (2012) 1 *Faxue Yanjiu [Chinese Journal of Law]* 3-16
    - A leading law journal in China
    - Lead article
31. 'In the Aftermath of the Global Financial Crisis: The Proposed Establishment of a Financial Dispute Resolution Centre in Hong Kong' (2011) 85 *Australian Law Journal* 726-730
32. 'The Regulation of Securities Offerings in China: Reconsidering the Merit Review Element in Light of the Global Financial Crisis ' (2011) 41(10) *Hong Kong Law Journal* 261-284
33. 'China's Legal Responses to the Global Financial Crisis: From Domestic Reform to International Engagement' (2010) 12(2) *Australian Journal of Asian Law* 157-181
34. 'Institutional Structure of Financial Regulation in China: Lessons from the Global Financial Crisis' (2010) 10(1) *The Journal of Corporate Law Studies* 219-254
    - A leading corporate law journal in the UK
    - invited by the World Bank to give a presentation of the paper in November 2010 in Washington DC
35. 'Gatekeeper and Corporate Governance: Regulatory Reflections on Market Collapse from the Enron Scandal to the Financial Crisis of 2008' (2010) 46 *Minshangfa Luncong [Civil and Commercial Law Review] (editor-in-chief: Professor Liang Huixing)* 248-268
36. 'The Regulation of Foreign Investment in Post-WTO China: A Political Economy Analysis' (2009) 23(1) *Columbia Journal of Asia Law* 185-216
    - Published, along with articles by leading scholars in the field such as Professor Liebman of Columbia Law School, in a special issue dedicated to celebrating the 60th anniversary of the PRC
37. 'Redefining Market Manipulation in Australia: The Role of an Implied Intent Element' (2009) 27 *Company and Securities Law Journal* 8-22
    - A leading corporate law journal in Australia
    - Cited with approval by the High Court of the Republic of Singapore in *Monetary Authority of Singapore vs Tan Chong Koay and another* [2010] SGHC 277
38. 'The Overlapping Relationship between Corporate Takeover Regime and Corporate Restructuring Regime' (2009) 2 *Zhongguo Ziben Shichang Fazhi Pinglun [Law Review on the Financial Markets in China] (editor-in-chief: Professor Liu Junhai)* 245-255
39. 'Financial Regulatory Modernization: Experiences and Lessons from Common Law Jurisdictions' (2009) 1 *Guangdong Shehui Kexue [Guangdong Social Science]* 181-187
40. 'The New Takeover Regulation in China: Evolution and Enhancement' (2008) 42(1) *The International Lawyer* 153-175
    - Invited to give a talk on this paper at Columbia Law School in 2008
41. 'A Comparative Analysis of Australian Law governing Corporate Groups' (2008) 15 *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 95-118

42. 'Statutory Shareholder Remedies in Australia' (2008) 13 *Gongsifa Pinglun [Corporate Law Review] (editor-in-chief: Professor Zhao Xudong)* 209-219
43. 'China's New Regulation on Foreign M&A: Green Light or Red Flag?' (2007) 30(3) *The University of New South Wales Law Journal* 804-814
    - A leading law journal in Australia
44. 'The Statutory Derivative Action in China: Critical Analysis and Recommendations for Reform' (2007) 4(2) *Berkeley Business Law Journal* 227-250
    - Used by the Supreme Court of China in the drafting of *Xin Gongsifa Sifa Jieshi No. 1 [First Judicial Interpretation on the New Company Law]*.
45. 'Chinese Walls in Large Financial and Market Institutions: Experiences and Lessons from Common Law Jurisdictions' (2007) 1(1) *Qinghua Faxue [Tsinghua Law Review]* 149-159
    - It has generated extensive interests, and therefore been selected to be reprinted in *Frontiers of Law in China* (2009) 4(4) 489
46. 'Directors' Duties in Australian Corporate Law: A Comparative Analysis' (2007) 13 *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 145-198
47. 'Share Registration and Transfer: The Australian Experience and Its Relevance to China' (2007) 8 *Gongsifa Pinglun [Corporate Law Review] (editor-in-chief: Professor Zhao Xudong)* 1-11
48. 'Compensation for Insider Trading: Who should be Eligible Claimants?' (2006) 20(1) *Australian Journal of Corporate Law* 84-115
49. 'China's new Company Law and Securities Law: An overview and assessment' (2006) 19(2) *Australian Journal of Corporate Law* 229-242  (with Professor Baoshu Wang)
50. 'The Insider Trading "Possession versus Use" Debate: An International Analysis' (2006) 33(2) *Securities Regulation Law Journal* 130-151
    - A leading securities law journal in the US
51. 'Accountants' Civil Liability for Misrepresentation in Initial Public Offerings' (2006) 11 *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 165-181
52. 'Asset Securitization in China: Issues and Solutions' (2006) 8 *Shangfa Luntan [Business Law Journal]* 18-26
53. 'The Evolution of the Basel Accord: New Issues of Banking Regulation and New Solutions' (2006) 28(1) *Huanqiu Falu Pinglun [Global Law Review]* 100-107
54. 'Financial Regulatory Reform: International Comparison and Analysis' (2006) 10 *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 222-245
55. 'China's Takeover Law: A Comparative Analysis and Proposals for Reform,' (2005) 30(1) *Delaware Journal of Corporate Law* 145-197
    - A leading corporate law journal in the US
    - Its policy recommendation that China adopt a specialist Takeover Review Committee has been directly adopted by the China Securities Regulatory Commission.
56. 'The Regulation of Insider Trading in China: A Critical Review and Proposals for Reform,' (2005) 17(3) *Australian Journal of Corporate Law* 281-322
    - Awarded 'The Prize for Best Conference Paper' at the Australian Corporate Law Teachers Association Conference 2005, Sydney Australia. This was the first time a non-Australian has been awarded the prize.
57. 'Research on the Derivative Suit System,' 2003 (7) *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 332-457

58. 'Anticipatory Breach of Contract and Plea of Unease in China', (2002) 2 *Dangdai Faxue [Contemporary Legal Science]* (with Wei Li) 18
59. 'The Issue of Land Ownership in China,' 2001(4) *Xiandai Faxue [Law Journal of Southwest University of Political Science and Law]* 116-120
    - A leading legal journal in China
60. "The Reform of China's Juridical Identification System," 2001(11) *Renmin Jiancha [Peoples' Procuratorial Journal]* 24-27
61. 'Legal Duties of Securities Investment Fund Managers,' 2001(1) *Dangdai Faxue Yanjiu [FuDan University Law Journal]* 29-35
62. 'Bona Fide Acquisition of Real Estate in China,' 2001(6) *NanChang Daxue Xuebao [Journal of NanChang University]* 155-157
63. 'The Private Right of Action in Derivative Suit,'2001(6) *Neimenggu Daxue Xuebao [Journal of Inner Mongolia University]* 130-133
64. "The Registration System for Real Estate in China," 2001(3) *Beijing Keji Daxue Xuebao [Social Sciences Journal of Beijing science and technology University]* 67-72
65. 'Research on Some Legal Issues of Venture Capital in China,' 2000(3) *Shangfa Yanjiu [Commercial Law Study]* 88-107
66. 'The Legal Liability for Complimentary Goods' 1999(4) *Beijing Keji Daxue Xuebao (Shehui Kexue) [Social Sciences Journal of Beijing Science and Technology University]* 73-78
    - It has generated wide interests and been selected to be reprinted in *Renda Baokan Fuyin Ziliao (Minshang Faxue) [China Renmin University Information Centre for Select Journal Articles (Civil and Commercial Law)]* (2000) Vol 5.

## **Books**

1. "Enforcement of Corporate and Securities Law: China and the World" (eds) (co-editor: Professor Nicholas Howson) (Cambridge University Press, 2017)

2. *The Logic of Company Law* (ed) (Law Press, Beijing, 2016)

3. *Legal Education in the Global Context: Opportunities and Challenges* (eds) (co-editor: Professor Christopher Gane) (London, Ashgate, 2016)

4. *Institutional Structure of Financial Regulation: Fundamental Theories and International Experiences* (eds) (co-editor: Professor Dirk Schoenmaker) (London, Routledge, 2015)
    - Mr Andrew Sheng (advisor to the China Banking Regulatory Commission, former Chairman of the Securities and Futures Commission of Hong Kong) commented that 'this is a book that should be compulsory reading by policy markers and supervisors alike…'

5. *Securities and Capital Markets Law in China* (UK, Oxford University Press, 2014)
    - The first English book to provide an authoritative, comprehensive and contextualized account of Chinese securities and capital markets law

6. *Comparative Corporate Law: International Experiences and Suggestions for China* (Beijing, Tsinghua University Press, 2011).
    - An in-depth and contextual analysis of comparative corporate law, and based

on the comparative findings, make reform recommendations for China. Professor Baoshu Wang, the reigning doyen of Chinese corporate law and current Chairman of China Commercial Law Society, commented that '[d]rawing upon his solid study and work experience both in China and overseas jurisdictions, Professor Huang has written a book of both significant theoretical and practical value for Chinese readers, making a very important contribution to the scholarship of comparative corporate law' (Foreword).

7. *International Securities Markets: Insider Trading Law in China* (London, Kluwer Law International, 2006).
   - The first research monograph in English on Chinese insider trading law and widely regarded as one of the most authoritative scholarly books in the field. It has been reviewed and discussed at a high level international symposium held at George Mason University, Washington D.C., USA. Two book reviews were later published in (2008) 4(2) *Journal of Law, Economics and Policy*. Moreover, it has informed the regulation of insider trading both in China and beyond.

8. *China's Takeover Law: Regulation and Reform* (USA, Vandeplas Publishing, 2006).

## Book Chapters

1. "China's Current Challenges and Transitioning to Twin Peaks' in Andrew Godwin & Andrew Schmulow (eds) *The Cambridge Handbook of Twin Peaks Financial Regulation* (Cambridge University Press, forthcoming)
2. 'Private Securities Litigation and Investor Protection: The Case of China' in Martin Gelter and Pierre-Henri Conac (eds), *Global Securities Litigation and Enforcement* (Cambridge University Press, forthcoming)
3. "Corporate Legal Capital Reform and Creditor Protection' in Changyin Han and Duoqi Xu (eds) *A Commercial Law Response to Risks In Corporate Management* (Shanghai Sanlian Press, 2017) Chapter 1.
4. 'Takeover Regulation in China: Striking a Balance between Takeover Contestability and Shareholder Protection' (with Juan Chen) in Umakanth Varottil and Wan Wai Yee (eds) *Comparative Takeover Regulation* (Cambridge University Press, 2017) 211-240
5. "Private Enforcement of Securities Law in China: Past, Present and Future" in Robin Hui Huang and Nicholas Howson (eds) *Enforcement of Corporate and Securities Law: China and the World* (Cambridge University Press, 2017), Chapter 8.
6. 'Shadow Banking and Its Regulation: The Case of China' in Ross Buckley, Douglas Arner and Avgouleas Emilios (eds), *Rethinking Global Finance and Its Regulation* (Cambridge University Press, 2016).
7. 'Securities Regulation in the People's Republic of China' (with Jianfu Chen) in Gordon R. Walker and Robert C. Rosen (eds), *International Securities Regulation: Pacific Rim* (Thomson Reuters, 2014), Chapter CN.
8. 'The Regulation of Insider Trading in China: Law and Enforcement' in Stephen M. Bainbridge (ed), *Research Handbook on Insider Trading* (Edward Elgar Publishing Ltd, 2013), ch 16.
9. 'The Doctrine of Corporate Veil Piercing in the US and UK: Theories and Cases' *in*

Laiji Huang et al (eds), *Research on Improving the Regime of Piercing the Corporate Veil* (Beijing, China Democracy and Law Press, 2012) 114-125

10. 'The Regulation of Foreign Investment in China: Post-WTO Developments and Trends' in John Garrick (ed), *China: Power, Wealth and Law Reform* (Routledge, UK, 2011) 130-142
11. 'An Evaluation of Classic Theories of Corporate Law: A Chinese Perspective' in Professor Wang Baoshu (ed), *The Latest Developments in The Areas of Commercial Law and Economic Law* (Beijing, Law Press, 2010) 259-275
12. 'The Chinese Insider Trading Regulation: Current Issues and Suggested Reforms' in C Vidya (ed), *Insider Trading: Regulatory Perspectives* (ICFAI University Press, India, 2007) 185-232
13. 'Fiduciary Duties of Controlling Shareholders: A Comparative Analysis and Reform Suggestions for China' in Professor Wang Baoshu (ed), *Modernizing Company Law in Transformation* (Social Sciences Academic Press, China, 2006) 570-579

## Selected Translations

- John C. Coffee, Jr. *Gatekeepers: The Professions and Corporate Governance* (New York: Oxford University Press, 2006); translation published with Peking University Press (2011) (with Changhe Wang et al, 2011).
- Frank H. Easterbrook and Daniel R. Fischel, 'The Corporate Contract' (1989) 89 *Columbia Law Review* 1416-1448; translation published in *Qinghua Faxue [Tsinghua Law Review]* (2007) 4, 260-315.
- Jeffery N. Gordon, 'The Mandatory Structure of Corporate Law' (1989) 89 *Columbia Law Review* 1549-1598; translation published in *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* (2007) 12, 131-157.
- Bernard S. Black, 'The Core Fiduciary Duties of Outside Directors' (2001) July *Asia Business Law Review* 3-16; translation published in *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* (2006) 11, 215-244.
- Ronald J. Gilson, 'Globalizing Corporate Governance: Convergence of Form or Function' (2001) 49 *American Journal of Comparative Law* 329-358; translation published in *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* (2006) 11, 245-273.
- Henry Hansmann and Reinier Kraakman, 'The End of History for Corporate Law' (2001) 89 *Georgetown Law Journal* 439-468; translation published in *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* (2006) 10, 331-362.
- Lucian A. Bebchuk and Mark J. Roe, 'A Theory of Path Independence in Corporate Governance and Ownership' (1999) 52 *Stanford Law Review* 127-170; translation published in *Shangshifa Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* (2006) 10, 363-411.
- Bernard S. Black, 'Shareholder Activism and Corporate Governance in the United States' in Peter Newman (ed.), *The New Palgrave Dictionary of Economics and the Law* (1998); translation published in *Zhengquan Falv Pinglun [Securities Law Review] (editor-in-chief: Professor Guo Feng)* (2005) 4, 573-587.
- Margaret M. Blair and Lynn A. Stout, 'A Team Production Theory of Corporate Law' (1999) 85 *Virginia Law Review* 247-328; translation published in (2005) 9 *Shangshifa*

*Lunji [Commercial Law Review] (editor-in-chief: Professor Wang Baoshu)* 267-343.

This list of works translated into Chinese includes some of the leading and most influential writings by American scholars in corporate and financial law over the last twenty years. Without these works being available in Chinese, scholars and law makers in China would have to rely on summaries of these works, which would restrict their capacity to develop a fuller understanding of the frontiers of corporate law research at the international level. The translation has generated wide interests in China and therefore made a very important contribution to scholarship.