UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-00467-RJS<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William K. Pao, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Xunlei Limited and Lei Chen in the above-captioned case.

I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Date: August 3, 2018
Los Angeles, California

Respectfully submitted,

/s/ William K. Pao
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
wpao@omm.com

SO ORDERED
Dated: 8/6/18

RICHARD J. SULLIVAN
U.S.D.J.