## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XUNLEI LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-00467-RJS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that William K. Pao of O'Melveny & Myers LLP hereby enters his appearance as counsel of record of Defendants Xunlei Limited and Lei Chen in the above-captioned case.

| | |
|---|---|
| Dated: August 6, 2018<br>Los Angeles, California | Respectfully submitted,<br><br>/s/ William K. Pao<br>William K. Pao (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California  90071<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br><br>*Attorneys for Defendants Xunlei Limited and Lei Chen* |