UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE XUNLEI LIMITED SECURITIES
LITIGATION

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/11/19
```

18 **CIVIL** 467 (PAC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 10, 2019, Defendants' motion to dismiss the FAC for failure to state a claim is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
September 11, 2019

RUBY J. KRAJICK
Clerk of Court

BY: *[signature]*
Deputy Clerk