

Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig 18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.

Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Cv467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19

Archived on 9/19/19

This document is protected by copyright.
Further reproductions prohibited without permission.



| 1GB Ethernet port | 1GB DDR3 | CPU 4-core 1.5GHz | USBx2 | HD decoding chip |
|---|---|---|---|---|
| extra-large network port, speedy transmission | extra-large cache space, more stable running | Quad-core processor, fast processing of data | expansion of cloud space at any time | HD play, supporting non-smart TVs |





USA

Cited in In re Xunlei LTd Secs Litig
18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.