玩客□是再造比特□？迅雷：不能□金□□和交易，不是ICO_金改□□室_澎湃新□-The Paper

Case 1:18-cv-00467-PAC   Document 43   Filed 01/12/22   Page 1 of 6



精选 | 视频 | 时事 | **财经** | 澎湃号 | 思想 | 生活 | 问吧 | 订阅

下载APP  登录/注册  报料

首页 > 金改实验室

# 玩客币是再造比特币？迅雷：不能现金购买和交易，不是ICO

澎湃新闻记者 周炎炎

2017-10-16 07:33 来源：澎湃新闻

字号



热新闻

一天 | 三天 | 一周

① 芒果TV回应艺人刘露阻碍铁路执法人员执行公务一事：已解约

② 美联储连续第二次降息25个基点，多数官员预期年内不再降息

中国ICO（代币首次发行）"大撤退"之后，迅雷推出了同样基于区块链技术的"玩客币"，玩法居然与比特币颇为相似，而迅雷则称：这不是ICO，因为不能现金购买和交易。

**产生机制与比特币神似**

"挖矿"、"随着时间推移产量减半"、"区块链技术"，乍一看都是比特币的一些关键词，但是这次迅雷的"玩客币"也有类似的宣传内容。

澎湃新闻发现，近日深圳市迅雷网络技术有限公司旗下网心科技有限公司推出一款数字货币，叫做玩客币，根据官网解释，"玩客币是基于'玩客云'智能硬件，依托共享经济云计算和区块链技术的数字资产。"

官网还解释称，"玩客币的分配仅限于挖矿奖励、运营开支和创始团队激励，不做ICO。"

从玩客币的挖掘和分发方式上来看，的确与数字加密货币比特币尤为相似。

**相似点一：需要"挖矿"获得**

玩客币官网称，玩客币每天分发固定数量，按照计算资源分类给所有符合要求的玩客云用户，全网每天产生的玩客币总量固定不变，单台玩客云设备每天会得到一个分数，分数是由基于硬件能力、带宽流量、存储大小、在线时长决定，系统会根据单台设备的分数占全网分数总和的

③ 男篮球员周琦百度百科词条被锁定，只能由官方修改

④ 习近平在河南主持召开黄河流域生态保护和高质量发展座谈会

⑤ 延时142次，杭州"底价1元学区房"609.5万元成交

⑥ 3000点关口再遇波折：短期震荡结束后，未来向上概率更大

⑦ 坝陵河大桥：370米，世界最高蹦极

⑧ 浩吉铁路走访 | 三门峡黄河公铁两用大桥的技术创新

⑨ 郭台铭宣布不参选2020，郭阵营回应：郭柯王并未破局

⑩ 美联储二度降息落地：内部分歧加大，年内或不再降息（声明）

Cited in In re Xunlei LTd Secs Litig 18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright. Further reproduction is prohibited without permission.

https://www.thepaper.cn/newsDetail_forward_1825077[9/19/2019 11:04:11 AM]




比例分配相应的玩客币。

而2009年诞生的比特币也是每天产出生固定数量，采用工作证明机制，比特币网络里任何人都可以争取记账权，谁先解决一道与记账相关的数学题就先记账。解决这道问题的过程叫"挖矿"，矿工会得到新生成的比特币奖励。

### 相似点二：产量减半机制

按照迅雷的机制，最开始"挖矿"的人获得的玩客币多，后来进入者获得的越来越少，这也与比特币颇为相似。



据悉，玩客币分发总量有限且每年产出量减少，随着时间的推移获取难度越来越大。随着玩客云设备的售卖，参与获取玩客币的矿工越来越多，人均获取量越来越少。

而比特币诞生之初，每10分钟系统产生50个比特币，是按照中本聪的算法，按照年份增加，之后奖励25个，依次递减，就像挖金子一样，一开始得得多，后来越来越少，目前是每10分钟12.5个比特币。

### 迅雷称并非ICO

迅雷网心方面回应澎湃新闻称，玩客币不是ICO，也不是比特币，因为不能用现金交易，只能在系统中凭借自己的贡献和算力来获取，"我们不是要玩一场金融游戏或者像银行一样发货币，而是区块链技术的探索，玩客币也只能用来兑换迅雷的一些产品。"

玩客币官网称，作为一种资源兑换媒介，用户可以通过玩客币兑换网络加速、数字内容、增值服务等。

但一位比特币交易所人士对澎湃新闻表示"不服气"："比特币早在2013年就被央行定义为商品，而其他的虚拟货币也可以看待为商品，那玩客币可以交易迅雷的商品，也就是商品兑换商品。"

https://www.thepaper.cn/newsDetail_forward_1825077[9/19/2019 11:04:11 AM]





警方通报两名游客在澳洲岛失联：一人身亡，两人均未参与传销

公安部A级逃犯张世刚在陕西投案，涉多次组织盗掘倒卖文物案

第六届世界互联网大会将于10月20日至22日在乌镇举行

全国政协委员、著名航天动力学与控制技术专家徐世杰逝世

中秋节第2天下降0.22%

联系我们



玩客币宣传界面

迅雷网心方面还表示，要想加入玩客币挖矿，必须参与到"玩客云"售价一种私人云盘，也可以视作挖矿的"矿机"，一台价3399元，买了之后可以将自家的闲置带宽提供给迅雷，迅雷进行技术处理后从中获益。而用户自己的行为也能带来议200G以上），在线时长（建议保持每日24小时在线）三项数据决定挖矿的分数，按照分数占全网总分的权重分配向全网矿机分配当日产生的币。

比如说，某一天，一个用户获得了100分矿机分数，而全网总共产生了10000分，那么这个用户占据了全网1%的得分，那么当天玩客币的发币总量中的1%，就属于这个用户。

**著登二级市场，即存在监管风险**

大成律师事务所高级合伙人刘新宇律师表示，迅雷玩客币ICO、比特币还是存在很大区别的。

他表示，玩客币是迅雷对用户分享个人带宽的一种"激励机制"，玩客币的产生与虚拟货币或者ICO发行成功后的代币、虚拟货币并不相同，玩客币本身更像是一种迅雷激励用户的"兑换券"或"兑换凭证"，目前来看着不存在玩客币的二级交易市场，更像是传统意义上的"积

Cited in In re Xunlei LTd Secs Litig 18Civ467 Decided 9/10/19

玩客币是再造比特币？迅雷：不能□金□□和交易，不是ICO_金改□□至_澎湃新□-The Paper

https://www.thepaper.cn/newsDetail_forward_1825077[9/19/2019 11:04:11 AM]

Archived on 9/19/18. This document is protected by copyright. Further reproduction is prohibited without permission.

玩客□是再造比特□？迅雷：不能□金□□和交易，不是ICO_金改□□室_澎湃新□-The Paper

分"，因此产品模式和内在逻辑与ICO、虚拟货币交易等也存在很大区别。

刘新宇律师认为玩客币与虚拟货币存在如下区别：

其一，挖矿机制不同。比特币挖矿机制采用工作量证明机制，只有计算最快、最准确的矿工才能记账，而"玩客云"的挖矿机制是用户通过"玩客云"共享家庭闲置的带宽和存储，用户的上行带宽、硬盘存储空间、在线时长三项数据决定挖矿的分数，按照分数占全网总分的权重向全网矿机分配当日产生的币，相当于每个矿工都能记账；

其二，虚拟货币的产生机制不同。比特币产生于底层的区块链，而"玩客云"引入区块链技术仅是为了达成去中心化记账的目的，"玩客币"本身不产生于区块链项目，区块链技术在玩客云的引入，限于"分布式账本"之用，取代了早期迅雷"赚钱宝"产品中由迅雷官方商城各做记账信任中心的做法，区块链技术的引入其实更像是个"噱头"，不排除里面有推广方面的考虑；

其三，"玩客币"目前仅能兑换网络加速、数字内容、迅雷增值服务、银锁会、保镖会、证监会等监管机构对外宣称，"赚钱宝"、客服服务等虚拟货币间兑换。现金可以直接现金购买。现金出售甚少实现虚拟货币间兑换。

但玩客币设计之初是有想法介入人人民币市场交易的。

在今年9月4日人民银行牵头工信部、工商总局、银监会、保监会、证监会等监管机构联合下发《关于防范代币发行融资风险的公告》之前，迅雷、后期迅速后期迅速商城各会推出"与第三方合作的商店"。在该商城中，用户可以使用"玩客币"进行交易，且可以将"玩客币"直接兑换成现金。

刘新宇律师表示，鉴于"玩客币"不是由货币当局发行，不具有法偿性与强制性等货币属性，不具有与货币等同的法律地位，故其不能也不应作为货币在市场上流通使用。因此，在国内监管对待虚拟货币交易及ICO持显著否定态度的当下，"玩客币"若后续在第三方平台交易并引发二级市场流通和增值交易，存在较大的监管风险。

澎湃新闻报料：4009-20-4009 澎湃新闻，未经授权不得转载

关键词 >>

跟踪：ICO

收藏

澎湃新闻报料：4009-20-4009

https://www.thepaper.cn/newsDetail_forward_1825077[9/19/2019 11:04:11 AM]

Cited in re Xunlei LTd Secs Litig 18Civ467 Decided 9/19/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited In re Xunlei LTd Secs Litig 18-Civ-467, Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

相关推荐

迅雷CEO首度回应质疑：玩客币设计之初就坚决不做ICO

迅雷内讧暴露两大产品风险：一迅雷公司称玩客币为"骗局"，CEO不承认"迅雷金融"
涉校园贷，一个被指ICO

评论（28）

热评论

息羽听经　2017-10-16
司马昭之心，路人皆知
21 | 回复

Lunar Wolves　2017-10-16
擦边球
12 | 回复

品行　2017-10-16
打算补虚拟货币的空子！你到底想干嘛？？？
12 | 回复

发表

玩客□是再造比特□？迅雷：不能□金□□和交易，不是ICO_金改□□室_澎湃新□-The Paper

**大蘑菇小兔子**  2017-10-16

别碰，坑人的

6 | 回复

**ahao**  2017-10-16

高招还是臭棋，待见分晓

2 | 回复

**澎友的喷**  2017-10-16

纸币水了 数字货币就会起来

1 | 回复

**daxian50**  2017-10-16

纯粹就是浪费能源，政府应该出手打击。

2 | 回复

新评论

关于澎湃  在澎湃工作  联系我们  版权声明  隐私政策  澎湃广告  友情链接  澎湃新闻举报受理和处置办法

Copyright © 2014~2019 The Paper All rights reserved.上海东方报业有限公司 | 沪ICP证：沪B2-20170116 | 沪ICP备14003370号 | 互联网新闻信息服务许可证：31120170006

沪公网安备 31010602000299号

Cited in In re Xunlei LTd Secs Litig 18Civ467 Decided 9/10/19
Archived on 9/19/19
This document is protected by copyright. Further reproduction is prohibited without permission.